AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Dayne Christian | ) |
| 510 Evergreen Dr | ) Case No. 9:10CR80006-MIDDLEBROOKS |
| Apt C | ) |
| Lake Park, FL 33403 | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

Place: United States District Court, 701 Clematis Street, West Palm Beach, FL 33410, Magistrate Judge Dave Lee Brannon

Courtroom No.: #2, 4th Floor
Date and Time: 5/6/13 @ 10:00AM

This offense is briefly described as follows:

**Violation of Mandatory Condition**, by failing to perform community service hours as directed. On June 17, 2011, the defendant, executed a community service agreement to begin performing 16 hours of community service work per month. To date, he has failed to comply with this agreement and is approximately 191 hours delinquent. Confirmation from Alere Toxicology Services, Inc is pending. On March 28, 2013, the defendant admitted to the use of marijuana.

Date: 4/22/13

_Issuing officer's signature_

A. Noble, Deputy Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.       9:10CR80006-MIDDLEBROOKS

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____
_____

Usual place of abode *(if different from residence address):* _____
_____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____
_____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____
_____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____.

I declare under penalty of perjury that this information is true.

Date returned: _____     _____
                                   *Server's signature*

                                   _____
                                   *Printed name and title*

Remarks: